UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PATRICE DAVIS,<br>Defendant. | ) | CASE NO. 4:24-MJ-70363 MAG<br>4:26-CR-00432 HSG<br><br>DETENTION ORDER |

On September 25 and 28, 2026, the Court held detention hearings on the above-listed matters. The defendant was present, in custody, and represented by counsel. The government argued that the defendant should be detained pending trial, and the defendant opposed. At the hearing, the government presented evidence that, while on parole and wearing a GPS device tracking his movements, the defendant possessed multiple firearms and committed multiple acts of gun violence, including a homicide. The government also presented evidence indicating that, prior to his most recent arrest, a bench warrant issued for the defendant's arrest after he failed to appear in court and subsequently removed his GPS tracking device.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds the government has met its burden to show that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community.

Accordingly, the defendant is hereby ordered detained pending trial.

IT IS SO ORDERED.

DATED: ___September 29, 2026__

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge